In the Matter of KENNYA S., a Child Alleged to be Neglected. EVELYN F., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [918 NYS2d 493]—

The finding of neglect as against the mother was not supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f]; § 1046 [b] [i]). The mother's false statement that she, and not the father, hit the subject child with a belt, did not, under the circumstances, establish that the mother had failed to exercise a minimum degree of care, or that the child was in imminent danger of being impaired as a result of the false statement (*see Nicholson v Scoppetta*, 3 NY3d 357, 368-369 [2004]). Concur—Tom, J.P., Andrias, Sweeny, Moskowitz and Renwick, JJ.